### CALDWELL & TAYLOR CORP v NIEBERHELMAN, et, etc

Ohio Appeals, 1st Dist, Hamilton Co
Decided May 26, 1930

For full opinion see 177 NE 42; 39 Oh Ap 136 (Oh Bar 9-29-31).